122 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARISOL MENDEZ–PALMAS, DEFENDANT–
PETITIONER.

October 5, 2015.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration in light of *Department of Children & Families v. E.D.-O.*, 223 *N.J.* 166, 121 *A.*3d 832 (2015). Jurisdiction is not retained.